UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Ederson Martignago,
Petitioner

v. Case No. 26-cv-445-SM-AJ

Warden, Strafford County
Department of Corrections, et al.,
Respondents

**O R D E R**

Ederson Martignago is a civil immigration detainee from Brazil. He filed this habeas corpus petition alleging that he is being detained in violation of the Due Process Clause of the Fifth Amendment. See generally 28 U.S.C. § 2241. By order dated October 27, 2026, the court directed the government to provide petitioner with a constitutionally adequate bond hearing. That hearing was held and bond was denied.

Petitioner challenges the constitutionality of that bond hearing asserting, among other things, that the evidence upon which the IJ based his conclusion that petitioner poses a flight risk is legally insufficient. The court notes that the IJ's flight risk assessment (and related conclusion that "no monetary bond, even if coupled with alternatives to detention, would be sufficient to ensure Respondent's appearance at future immigration hearings") seems to have been largely based upon

factors this court has concluded are legally insufficient. See Lelo v. Brackett, No. 26-cv-804-PB-AJ, 2026 DNH 162 (D.N.H. Nov. 13, 2026). See also Manuel v. Strafford Cnty. Dep't of Corr., No. 26-CV-893-LM-TSM, 2026 WL 3371121, at *3 (D.N.H. Nov. 6, 2026); Timbigamba v. FCI Berlin, Warden, 836 F. Supp. 3d 430, 446 (D.N.H. 2026).

If the government intends to oppose petitioner's request for a new bond hearing, it shall file a timely objection that includes, at a minimum, the audio or written transcript of the bond hearing. Should the government fail to respond, the court will grant petitioner's motion and order a new bond hearing before a different IJ.

To the extent Martignago seeks an order directing his immediate release, that request is denied without prejudice. The court finds that a bond hearing before an IJ is sufficient to protect his rights at this stage.

**SO ORDERED.**

Steven J. McAuliffe
United States District Judge

November 19, 2026

cc: Counsel of Record